IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LAKISHA SMITH AND SHAWN SMITH**                    **PLAINTIFFS**

**V.**                              **CIVIL NO. 1:14CV345-HSO-JCG**

**HOMECOMINGS FINANCIAL, LLC,
AND/OR MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AKA
MERS, AND/OR NATIONSTAR
MORTGAGE, LLC, AND/OR
UNDERWOOD LAW FIRM, PLLC,
AND/OR JOHN C. UNDERWOOD, JR.**                    **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on Defendants Nationstar Mortgage, LLC,

and Mortgage Electronic Registration Systems, Inc.'s, Renewed Motion for

Summary Judgment [35].  The Court, after a full review and consideration of the

pleadings on file, the record as a whole, and all relevant legal authorities, finds that

in accord with its Memorandum Opinion and Order entered this date, along with its

Order Dismissing Plaintiffs' Claims Against Defendant Homecomings Financial,

LLC, Without Prejudice [42],

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Defendants

Nationstar Mortgage, LLC, and Mortgage Electronic Registration Systems, Inc.'s,

Renewed Motion for Summary Judgment [35] is **GRANTED**, and this Civil Action

is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 24th day of February, 2016.

_s/ Halil Suleyman Ozerden_
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE